UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
dcarlon@kmllawgroup.com

Attorneys for United Wholesale Mortgage, LLC

Case No: 25-11367 JNP

Chapter: 13

Judge: Jerrold N. Poslusny Jr.

In Re:

Carlton E Carrington aka Carlton Carrington, aka Carlton Edward Carrington
Yondi T Carrington aka Yondi Carrington, aka Yondi Gunraj, aka Yondi Tomika Carrington

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of United Wholesale Mortgage, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 02/17/2025

/s/ *Denise Carlon*
Denise Carlon
17 Feb 2025, 13:33:59, EST
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (215) 627-7734
Attorney for Creditor

*new 8/1/15*

Document ID: 8e15df04d22fe3053969d9df69f157ae91812f9eeaa4b98c82907cc396ea59d9