Certificate Number: 20668-NJ-DE-039520899

Bankruptcy Case Number: 25-11367



20668-NJ-DE-039520899

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 4, 2025, at 2:58 o'clock PM EDT, Yondi T Carrington completed a course on personal financial management given by internet by Andrew Finberg, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   April 4, 2025                 By:    /s/Kathleen B Mills

                                      Name:  Kathleen B Mills

                                      Title: TEN Financial Educator