Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−11367−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Carlton E Carrington | Yondi T Carrington |
| aka Carlton Carrington, aka Carlton Edward Carrington | aka Yondi Carrington, aka Yondi Gunraj, aka Yondi Tomika Carrington |
| 185 Plymouth Road | 185 Plymouth Road |
| Sicklerville, NJ 08081 | Sicklerville, NJ 08081 |

Social Security No.:
 xxx−xx−1827                                         xxx−xx−7166

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 17, 2025.

Dated: July 17, 2025
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-11367-JNP
Carlton E Carrington  Chapter 13
Yondi T Carrington
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 4
Date Rcvd: Jul 17, 2025  Form ID: plncf13  Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carlton E Carrington, Yondi T Carrington, 185 Plymouth Road, Sicklerville, NJ 08081-3274 |
| 520547634 | + | Cbna, 45-49 Court Street, Canton, NY 13617-1118 |
| 520609841 | + | Hyundai Capital America DBA Genesis Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 17 2025 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 17 2025 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520581204 | | Email/PDF: bncnotices@becket-lee.com | Jul 17 2025 21:33:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520547629 | | Email/PDF: bncnotices@becket-lee.com | Jul 17 2025 21:19:11 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520547628 | | Email/PDF: bncnotices@becket-lee.com | Jul 17 2025 21:18:04 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520547631 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 17 2025 21:03:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 520547630 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 17 2025 21:03:00 | Barclays, PO Box 8803, Wilmington, DE 19899-8803 |
| 520621190 | | Email/Text: BKelectronicnotices@cenlar.com | Jul 17 2025 21:03:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520547633 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2025 21:47:01 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520547632 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2025 21:33:45 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520547635 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2025 22:02:04 | Cbna / Citibank, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520547636 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2025 21:48:25 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520547637 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2025 21:17:31 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520609914 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2025 21:18:20 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

Case 25-11367-JNP    Doc 27    Filed 07/19/25    Entered 07/20/25 00:17:47    Desc Imaged
                               Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 17, 2025 | Form ID: plncf13 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 520547641 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2025 21:03:00 | | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520547640 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2025 21:03:00 | | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 520547648 | | Email/PDF: Citi.BNC.Correspondence@citi.com Jul 17 2025 21:32:23 | | Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 520553938 | | Email/Text: mrdiscen@discover.com Jul 17 2025 21:02:00 | | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520547642 | | Email/Text: mrdiscen@discover.com Jul 17 2025 21:02:00 | | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520547643 | | Email/Text: mrdiscen@discover.com Jul 17 2025 21:02:00 | | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520623792 | + | Email/Text: BNCnotices@dcmservices.com Jul 17 2025 21:03:00 | | EMERGENCY PHYS ASSOCIATES OF SOUTH JERSEY PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 520547644 | ^ | MEBN Jul 17 2025 21:00:09 | | Genesis Finance, PO Box 20835, Fountain Valley, CA 92728-0835 |
| 520603137 | + | Email/PDF: ebn_ais@aisinfo.com Jul 17 2025 21:33:53 | | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520612448 | | Email/Text: JCAP_BNC_Notices@jcap.com Jul 17 2025 21:04:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520574991 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com Jul 17 2025 21:02:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520547645 | | Email/PDF: ais.chase.ebn@aisinfo.com Jul 17 2025 21:18:57 | | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 520547646 | | Email/PDF: ais.chase.ebn@aisinfo.com Jul 17 2025 21:47:42 | | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 520547647 | | Email/PDF: Citi.BNC.Correspondence@citi.com Jul 17 2025 22:01:14 | | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520547649 | | Email/Text: bankruptcydpt@mcmcg.com Jul 17 2025 21:04:00 | | Midland Credit Management Inc, PO Box 301030, Los Angeles, CA 90030-1030 |
| 520622356 | + | Email/Text: bankruptcydpt@mcmcg.com Jul 17 2025 21:04:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520621317 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2025 21:35:01 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520620666 | | Email/PDF: resurgentbknotifications@resurgent.com Jul 17 2025 21:33:12 | | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520667360 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Jul 17 2025 21:02:00 | | State of New Jersey Division of taxation, 3 John Fitch Way, PO Box 245, Trenton, NJ 08695 |
| 520547650 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jul 17 2025 21:19:11 | | Syncb/horizn, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520547651 | | Email/PDF: ais.sync.ebn@aisinfo.com Jul 17 2025 21:17:11 | | Syncb/horizn, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520547653 | | Email/PDF: ais.sync.ebn@aisinfo.com Jul 17 2025 21:33:59 | | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520547652 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jul 17 2025 21:17:55 | | Synchrony Bank/Sams Club, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520547654 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jul 17 2025 21:17:13 | | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 17, 2025 | Form ID: plncf13 | Total Noticed: 47 |

| Recip ID | Bypass Reason | Email/Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520547655 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 17 2025 21:17:18 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520547656 | | Email/Text: bankruptcysst@alorica.com | Jul 17 2025 21:02:00 | Systems & Services Technologies, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 520547657 | | Email/Text: bankruptcysst@alorica.com | Jul 17 2025 21:02:00 | Systems & Services Technologies, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 520547661 | | Email/Text: bankruptcy@uwm.com | Jul 17 2025 21:03:00 | United Wholesale Mortgage, Attn: Bankruptcy, 585 South Blvd E, Pontiac, MI 48341-3163 |
| 520547660 | ^ MEBN | | Jul 17 2025 20:59:33 | United Wholesale Mortgage, PO Box 77404, Ewing, NJ 08628-6404 |
| 520547662 | ^ MEBN | | Jul 17 2025 21:01:39 | Virtua Health, PO box 71430, Philadelphia, PA 19176-1426 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520581207 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520547638 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520547639 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520580087 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520547658 | * | Systems & Services Technologies, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 520547659 | * | Systems & Services Technologies, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2025           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ronald E. Norman | on behalf of Joint Debtor Yondi T Carrington rnorman@rnormanlaw.com |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Jul 17, 2025 | Form ID: plncf13 | Total Noticed: 47

| | |
|---|---|
| | ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestcase.com;9070633420@filings.docketbird.com |
| Ronald E. Norman | on behalf of Debtor Carlton E Carrington rnorman@rnormanlaw.com ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestcase.com;9070633420@filings.docketbird.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6