**Form 210B (12/09, as revised 1/4/17)**

# United States Bankruptcy Court

## District Of New Jersey

In re Carlton Carrington ,Yondi Carringtor, Case No. 25-11367

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 12 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on October 22, 2026.

Cenlar FSB Attn BK Dept
Name of Alleged Transferor

Address of Alleged Transferor:
425 Phillips Blvd
Ewing, NJ 08618

United Wholesale Mortgage
Name of Transferee

Address of Transferee:
585 S Blvd East
Pontiac, MI 48341

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/22/2026

Jeanne A. Naughton
**CLERK OF THE COURT**